UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL MONAHAN,<br><br>     Defendant. | C.A. No. 04-11551-MLW |

## REQUEST FOR ENTRY OF DEFAULT

To:   Tony Anastas, Clerk of the United States District Court for the District of Massachusetts

Please enter the default of the Defendant, Michael Monahan, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead of otherwise defend as appears from the attached affidavit.

For the Plaintiff,
**RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN**
By his attorneys,

_____
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy & Facklam, P.C.
One Center Plaza; Suite 360
Boston, MA  02108-1804
(617) 723-9777

Date: _____

## CERTIFICATE OF SERVICE

      I, Matthew E. Dwyer, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail on August 27, 2004 to:

Michael Monahan
1004 Pleasant Street
South Weymouth, MA  02189

                                                                                             Matthew E. Dwyer

Dated: August 27, 2004

f:\l25hsip\monahan\pldgs\req.default.doc:blg