UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY G. SMITH et al
    Plaintiff(s)

CIVIL ACTION
NO. 04-11551-MLW

V.

MICHAEL MONAHAN
    Defendant(s)

NOTICE OF DEFAULT

Upon application of the Plaintiff(s), RODNEY G. SMITH et al, for an order of Default for failure of the Defendant(s), MICHAEL MONAHAN, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 18TH day of SEPTEMBER, 2004.

TONY ANASTAS, CLERK

By:   /s/ Dennis O'Leary
        Deputy Clerk

Notice mailed to:

(default.not - 10/96)        [ntcdflt.]