UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **RODNEY G. SMITH, EXECUTIVE DIRECTOR** of the **TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,** )<br>)<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. ) C.A. No. 04-11551-MLW<br>)<br>**MICHAEL MONAHAN,** )<br>)<br>**Defendant.** )<br>) |  |

**PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT**

Now comes the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, and hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 55(b)(2) for the entry of a judgment by default in the form attached hereto and marked "A" as against Michael Monahan.

In support of this motion, the Plaintiff respectfully refers this Court to the accompanying affidavit of Rodney G. Smith attached hereto and marked "B."

          Respectfully submitted,
For the Plaintiff,
**RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**
By his attorneys,


/s/ Matthew E. Dwyer
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
Date:  October 15, 2004 (617) 723-9777


## ERTIFICATE OF SERVICE

I, Matthew E. Dwyer, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail on October 15, 2004 to:

Michael Monahan
1004 Pleasant Street
South Weymouth, MA  02189


     /s/ Matthew E. Dwyer
Matthew E. Dwyer

Dated: October 15, 2004


f:\l25hsip\monahan\pldgs\mot.def.judgment.doc:blg