UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR )<br>of the TEAMSTERS UNION 25 HEALTH SERVICES )<br>AND INSURANCE PLAN, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL MONAHAN, )<br>    Defendant. )<br>) | C.A. No. 04-11551-MLW |

## DEFAULT JUDGMENT

Wolf, D.J.

This matter came on for a hearing before this Court, upon notice to the Defendant, Michael Monahan, on the motion of the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, based upon the Defendant having failed to plead, answer or otherwise defend in this action and whose default having been entered on September 18, 2004.

The affidavit of Rodney G. Smith demonstrates that the Defendant currently owes Plaintiff the sum of $2,166.28 in delinquent repayments, interest in the sum of $324.94, and costs in the sum of $186.46 and that the Defendant is not an infant, incompetent person, or in the military service of the United States; and is hereby:

ORDERED, ADJUDGED AND DECREED that the Plaintiff recover from Defendant, Michael Monahan, the sum of $ 2677.82, costs to be taxed by the Clerk.

Dated:_____          _____
                                                                       Hon. Mark Wolf
                                                                       UNITED STATES DISTRICT JUDGE

f:\l25hsip\monahan\pldgs\default.judgment.doc:blg