UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>　　Plaintiff,<br><br>v.<br><br>MICHAEL MONAHAN,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-11551-mlw<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION FOR SPECIAL PROCESS SERVER

Plaintiff, Rodney G. Smith, Executive Director of Teamsters Union 25 Health Services and Insurance Plan, hereby moves this Court to appoint the Norfolk County Deputy Sheriff as a Special Process Server to serve the First Execution and Judgment by Default on the Defendant in this action.

                                                    Respectfully submitted,
                                                    For the Plaintiff,
                                                    **RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**
                                                    By his attorneys,

                                                    /s/ Kathleen A. Pennini
                                                    Matthew E. Dwyer
                                                    B.B.O. # 139840
                                                    Kathleen A. Pennini
                                                    B.B.O. # 654573
                                                    Dwyer, Duddy and Facklam, P.C.
                                                    One Center Plaza, Suite 360
                                                    Boston, MA 02108-1804

Date:   April 15, 2005                            (617) 723-9777

f:\l25hsip\monahan\pldgs\mot.special.process.server.first.execution.doc:blg