UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**　　　　　　　　　　CIVIL ACTION NO. 04-11551-MLW

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _Suffolk County Sheriff's Department, Civil Process Division_, Special Process Server:

　　WHEREAS _Rodney G. Smith, Exec Dir of Teamsters Union 25 Health Services_ has recovered judgment against _Michael Monahan_ on the _28th_ day of _January 2005_, for the sum of $ _2,166.28_, debt or damage, pre-judgment interest in the amount of $ _324.94_, and costs of this suit in the amount of $ _186.46_, as to us appears of record, whereof this First Execution remains to be done,

　　WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ _1,994.31_, in the whole, with interest thereon at the rate of _____ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

　　HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at _Boston_, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

　　Dated this _22nd_ day of _April, 2005_.

　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

SEAL

(Execution 1st wpd - 3/7/2005)